■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE K., Appellant.—Appeal from judgment of the Supreme Court, New York County (Thomas Galligan, J.), ren-

dered on March 6, 1985, unanimously withdrawn. The order entered on May 21, 1987 [130 AD2d 983] is hereby vacated. No opinion. Concur—Milonas, J. P., Kassal, Ellerin and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES YATES, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on March 18, 1985, unanimously affirmed.